| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN, JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: 510-637-3689 |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-06-70239-WDB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO<br>CONTINUE NEXT APPEARANCE<br>DATE AND WAIVER OF TIME |
| | ) | |
| DEREK O'DAY, | ) | |
| Defendant. | ) | |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's next appearance from **May 12, 2006**, to **Wednesday, May 17, 2006, at 10:00 a.m.**

The defendants further stipulates to extend the time for indictment or preliminary hearing to the date of the next court appearance.

Dated: 5/11/06

_____
GEORGE L. BEVAN JR.
United States Attorney

Dated: 5/11/06

FREDERICK R. REMER, ESQ. (by /s/)
Attorney for Defendant Derek O'Day

IT IS SO ORDERED.

Dated: 5/12/06



IT IS SO ORDERED
Judge Wayne D. Brazil

WAYNE D. BRAZIL
United States District Judge

