UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-06-00357DLJ |
| Plaintiff, | |
| v. | ~~PROPOSED~~ TRAVEL ORDER |
| DEREK R. O'DAY, | |
| Defendant. _____/ | |

For good cause showing, it is hereby ordered that defendant Derek O'day may travel from the Northern District of California on July 27, 2006, to Denver Colorado and he must return to the Northern District of California on July 31, 2006, His return to the Northern District of California must be accomplished by 6:00 p.m.

He may also travel from the Northern District of California on August 3, 2006, to Reno, Nevada and he must return to the Northern District of California on August 6, 2006.

Dated: 7/20/06

George L. Bevan Jr.
Assistant United States Attorney

Dated: _____

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

Wayne D. Brazil
United States District Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-06-00357DLJ |
| Plaintiff, | |
| v. | **PROPOSED TRAVEL ORDER** |
| DEREK R. O'DAY, | |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Derek O'day may travel from the Northern District of California on July 27, 2006, to Denver Colorado and he must return to the Northern District of California on July 31, 2006, His return to the Northern District of California must be accomplished by 6:00 p.m.

He may also travel from the Northern District of California on August 3, 2006, to Reno, Nevada and he must return to the Northern District of California on August 6, 2006.

Dated: _____

George L. Bevan Jr.
Assistant United States Attorney

Dated: 7/17/06

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: July 24, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil

(Left margin: FREDERICK R. REMER, ATTORNEY AT LAW, 1260 "B" STREET, SUITE 220, HAYWARD, CALIFORNIA 94541, (510) 887-6860)