**FILED**

SEP 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK R. O'DAY,

Defendant.

CASE NO.: CR-06-00357DLJ

~~PROPOSED~~ TRAVEL ORDER

For good cause showing, it is hereby ordered that defendant Derek O'day may travel from the Northern District of California on September 22, 2006, to Reno, Nevada and he must return to the Northern District of California on September 24, 2006.

Dated: 9/18/06

George L. Bevan Jr.
Assistant United States Attorney

Dated: _____

SEE NEXT PAGE FOR SIGNATURE
Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: 9-19-06

Wayne D. Brazil
United States ~~District~~ Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Frances, Financial

TOTAL P.05

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-06-00357DLJ |
| Plaintiff, | |
| v. | |
| DEREK R. O'DAY, | PROPOSED TRAVEL ORDER |
| Defendant. | |

For good cause showing, it is hereby ordered that defendant Derek O'day may travel from the Northern District of California on September 22, 2006, to Reno, Nevada and he must return to the Northern District of California on September 24, 2006.

Dated: _____

Dated: 9/12/06

SEE PAGE 1 FOR SIGNATURE
George L. Bevan Jr.
Assistant United States Attorney

Paul Mamaril
United States Pretrial Officer

IT IS SO ORDERED.

Dated: _____

SEE PAGE 1 FOR SIGNATURE
Wayne D. Brazil
United States District Judge

FREDERICK R. REMER
ATTORNEY AT LAW
HAYWARD, CALIFORNIA 94541