1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: 510-637-3689
7
8  Attorneys for the United States of America

FILED
OCT 0 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR-06-00357-DLJ |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING DATE OF SENTENCING |
| DEREK O'DAY, | |
| Defendant. | |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's sentencing from October 6, 2006, to January 12, 2007 at 10:00 a.m. There are matters affecting the defendant's sentencing that still need to be addressed before the parties will be in a position to go forward with sentencing. For this reason, the parties are requesting that the current sentencing date be rescheduled.

Dated: 10/5/06

GEORGE L. BEVAN JR.
United States Attorney

OCT-05-2006 15:31      P.03

Dated: 10/5/06

FREDERICK R. REMER, ESQ.
Attorney for Defendant Derek O'Day

IT IS SO ORDERED.

Dated: 10-6-06

D. LOWELL JENSEN
United States District Judge

2